

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2016

No. 04-16-00710-CV

**IN THE INTEREST OF J.K.L., J.A.L., AND J.C.L.**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00056
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant has filed a motion for extension of time to file his brief. Appellant's motion is GRANTED. We ORDER appellant to file his brief on or before December 21, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court